Donald V. Valenzano, Jr. - 011282010

| | **PRESSLER, FELT & WARSHAW, LLP** | | |
|---|---|---|---|
| SHELDON H. PRESSLER (1955-2017) | ATTORNEYS AT LAW | PATRICK WONG (NJ, NY) | RYAN R. TAPPAN (NY) |
| ------------------ | 7 Entin Rd. | JESSE R. BARREIRO (NJ, IL) | STEPHEN E. LUNDY (NJ)) |
| GERARD J. FELT (NJ) | Parsippany, NJ 07054-5020 | HOWARD SCHACHTER (NJ, NY) | CHRISTOPHER B. CARFAGNO (PA) |
| DAVID B. WARSHAW (NJ, NY, MA) | Office: (973) 753-5100 | MATTHEW J. MARTELLO (NJ, PA) | LLOYD GARNER (NJ) |
| ----------------- | Toll Free: (888)312-8600 | THEOLOGIA PAPADELIAS (NJ) | DANTE P. CIANNI (NJ) |
| MICHAEL J. PETERS (NJ, NY) | Fax: (973) 753-5353 | GERARDINO DI POPOLO (NJ) | NICHOLAS DEENIS (NJ, PA) |
| CHRISTOPHER P. ODOGBILI (NJ) | Website: pfwattorneys.com | SEAN P. STEVENS (PA) | DANIEL J. SANTUCCI (NJ,PA) |
| DARREN H. TANAKA (NJ, NY) | | CHRISTOPHER P. DELCIOPPIO (NJ,NY) | NURSEDA KUCUKKARCA (NJ,NY) |
| FRANCIS X. GRIMES (NJ, PA) | | Office Hours: | |
| CRAIG S. STILLER (NJ, NY, PA) | *NY Office:* | Monday-Friday: 8am-6pm | |
| IAN Z. WINOGRAD (NJ, NY, PA, DC) | 305 Broadway, Suite 802 | DCWP License Number: 2069242-DCA | |
| DONALD V. VALENZANO JR. (NJ, NY) | New York, NY 10007 | [X] New Jersey Office [ ] New York Office [ ] Pennsylvania Office | |

*PA Office:*
400 Horsham Rd. Suite 110
Horsham, PA 19044

OCTOBER 13, 2022

Via ECF and Electronic mail (spiekarsky@phillipsnizer.com)
SCOTT B. PIEKARSKY, ESQ.
PHILLIPS NIZER LLP
433 HACKENSACK AVE., SUITE 803
HACKENSACK, NJ 07601

Via ECF and Electronic Mail (dstevens@scura.com)
DAVID L STEVENS, ESQ.
SCURA WIGFIELD HEYER, STEVENS & CAMMAROTA
1599 HAMBURG TPKE STE A
WAYNE, NJ 074704093

Via ECF and Electronic Mail (mag@magtrustee.com)
MARIE-ANN GREENBERG, ESQ.
CH. 13 STANDING TRUSTEE
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004

Re:   IN RE BRUCE PIEKARSKY
      UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY
      BANKRUPTCY PETITION #: 22-10450-RG

      PRESSLER, FELT & WARSHAW, LLP v. BRUCE A PIEKARSKY
      UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY
      ADVERSARY PETITION #: 22-01083-RG

      PFW FILE NUMBER: P212693

To SCOTT B. PIEKARSKY, Esq., DAVID L. STEVENS, Esq., MARIE-ANN GREENBERG, Esq.:

This firm is the Plaintiff in the above-referenced bankruptcy case and adversary proceeding. The Court held a conference earlier today, October 13, 2022 at 10:00 am for the adversary proceeding and no appearance was made on behalf of Bruce A. Piekarsky.

This communication is from a debt collector.

The Hon. Rosemary Gambardella has rescheduled the conference for this upcoming **Monday, October 17, 2022 at 11:00 am**. Your attendance is **mandatory** and the Court has indicated that it may hold Scott B. Piekarsky, Esq. in contempt if he does not appear. Appearance may be made via Court Solutions by registering through the appropriate website.

Additionally, the Court has also requested that a representative of the U.S. Trustee appear for the scheduled conference and has been included on this correspondence.

Please direct any questions and/or issues to the Court in advance of the hearing.

Sincerely,

PRESSLER, FELT & WARSHAW, LLP

/s/ Donald V. Valenzano Jr.
Donald V. Valenzano, Jr.

**This communication is from a debt collector.**

<u>Via ECF</u>
Hon. Rosemary Gambardella